IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHERVON HOGSETT, Individually, and as Administratrix of the Estate of Patricia Joyner, deceased, and GARY JOYNER, Individually<br><br>Plaintiffs,<br><br>v.<br><br>Parkwood Nursing & Rehabilitation Center, Inc., Parkwood Living Center, LLC, HMR Advantage Health Systems, Inc., Scepter Health & Rehab of Snellville, LLC, Covenant Dove, Inc., Covenant Dove, LLC, Covenant Dove Holding Company, LLC, Ark Holding Company, Inc., and Ark Holdings, LLC.<br><br>Defendants. | CIVIL ACTION NO. _____<br><br>STATE COURT OF FULTON COUNTY CIVIL ACTION NO. 12-EV-014630-C |

## NOTICE OF REMOVAL

Notice is hereby given that Defendants Parkwood Nursing & Rehabilitation Center, Inc., Parkwood Living Center, LLC, HMR Advantage Health Systems, Inc., Scepter Health & Rehab of Snellville, LLC, Covenant Dove, LLC, Covenant Dove Holding Company, LLC, and Ark Holding Company, Inc. (collectively the

"Defendants")[1] remove to this Court pursuant to 28 U.S.C. §§ 1441 (a) and (b) and 1446 that civil action filed in the State Court of Fulton County, Georgia, styled as <u>Shervon Hogsett, Individually, and as Administratrix of the Estate of Patricia Joyner, deceased, and Gary Joyner, Individually v. Parkwood Nursing & Rehabilitation Center, Inc., Parkwood Living Center, LLC, HMR Advantage Health Systems, Inc., Scepter Health & Rehab of Snellville, LLC, Covenant Dove, LLC, Covenant Dove Holding Company, LLC, and Ark Holding Company, Inc.</u>, Civil Action No. 12-EV-014630-C.  In support whereof, Defendants show this Court as follows:

(a) this Notice of Removal is timely as it has been filed within thirty (30) days of the receipt of Plaintiffs' Complaint by service, such Complaint having first been served on one of the Defendants on March 24, 2012;

(b) true copies of all pleadings served by or upon Defendants in the state action are attached to this Notice of Removal as Exhibit "A" and are incorporated herein by reference;

---

[1]   Covenant Dove, Inc. and Ark Holdings, LLC are improperly named defendants, as they are no longer active entities.

(c) in accordance with 28 U.S.C. § 1446(d), Defendants will give written notice hereof to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the State Court of Fulton County, Georgia;

(d) this Court has jurisdiction in this case pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds $75,000.00, exclusive of interest and costs, in that this litigation seeks the recovery of damages for pain and suffering, medical expenses, and other damages;

(e) jurisdiction is further proper because complete diversity of citizenship exists between Plaintiffs and Defendants in that:

    (i) Plaintiffs are citizens of the State of Georgia;

    (ii) Defendants Parkwood Nursing and Rehabilitation Center, Inc. and HMR Advantage Health Systems, Inc. are South Carolina entities with their principal places of business in Easley, South Carolina;

    (iii) Defendant Ark Holding Company, Inc. is a Delaware entity with its principal place of business in Memphis, Tennessee;

    (iv) Defendant Parkwood Living Center, LLC, is a South Carolina entity with its member being First Skilled Holding Company,

Inc. (f/k/a Advantage Health Group, Inc.), a South Carolina entity with its principal place of business in Easley, South Carolina;[2]

(v) Scepter Health & Rehab of Snellville, LLC, is a Delaware entity with its member, Olive Leaf, LLC also being a Delaware entity;[3]

(vi) Covenant Dove, LLC, is a Delaware entity with its member, Covenant Dove Holding Company, LLC also being a Delaware entity;

(viii) Covenant Dove Holding Company, LLC is a Delaware entity with its member being Ark Holding Company, Inc.; and,

(ix) Defendants Covenant Dove, Inc. and Ark Holdings, LLC no longer exist.

**WHEREFORE**, Defendants respectfully request the following relief:

(a) that the above-referenced action now pending in the State Court of Fulton County, Georgia be removed to the United

---

[2] See L.P. v. Comcast SCH Holdings LLC, 374 F.3d 1020, 1022 (11th Cir. 2004) (holding that citizenship of a limited liability company is determined by the citizenship of its members).

[3] Olive Leaf, LLC's member is Olive Leaf Holding Company, LLC, which is also a Delaware entity. Olive Leaf Holding Company, LLC's member is Ark Holding Company, Inc.

States District Court for the Northern District of Georgia, Atlanta Division;

(b) this Court accept jurisdiction of the action; and

(c) that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been initiated in this Court.

(d) that, once docketed, the Court stay this action and compel Plaintiffs to arbitrate their claims in accordance with the Agreement To Arbitrate signed by Shervon Hogsett, individually and as the representative of Patricia Joyner.

Respectfully submitted this 23rd day of April, 2012.

          ARNALL GOLDEN GREGORY LLP


          **/s/ Jason E. Bring**
          Jason E. Bring
          Georgia Bar No. 082498
          E-mail:  jason.bring@agg.com

          Attorney for Defendants

171 17th Street, NW
Suite 2100
Atlanta, Georgia  30363
Telephone:  (404) 873-8500
Facsimile:  (404) 873-8501

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed **NOTICE OF REMOVAL** with the Clerk of the Court using the CM/ECF which will automatically send e-mail notifications of such filing to the following attorneys of record:

I hereby certify that I have mailed by United States Postal System the document to the following non-CM/ECF participants:

>Wayne D. Toth, Esq.
>The Toth Law Firm, LLC
>400 Galleria Parkway, Suite 460
>Atlanta, Georgia  30339

This 23rd day of April, 2012.


>/s/ Jason E. Bring
>Jason E. Bring
>Georgia Bar No. 082498
>E-mail:  jason.bring@agg.com

ARNALL GOLDEN GREGORY LLP
171 17th Street, NW
Suite 2100
Atlanta, Georgia 30363
(404) 873-8500 (phone)
(404) 873-8501 (facsimile)